Rod D. Margo (State Bar No.: 97706)
Frank A. Silane (State Bar No.: 90940)
Scott D. Cunningham (State Bar No.: 200413)
Debby L. Zajac (State Bar No.: 203228)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE

AIR CRASH AT TAIPEI, TAIWAN ON OCTOBER 31, 2000

Case No. 01-ML-1394 GAF (RCx)

This Document Relates to:

Case No. CV01-02749 GAF (RCx)
*(The Estate of Jenny Yeh-Hsun Dwan, et al. v. Singapore Airlines, Ltd.)*

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

Plaintiffs THE ESTATE OF JENNY YEH-HSUN DWAN by and through its Successor in Interest, WILLIAM WEI DWAN; WILLIAM WEI DWAN, individually; and SIMON DWAN, individually, and defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced action be, and hereby is, dismissed with prejudice as against all defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to bear their own costs.

//
//

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-02749 GAF (RCx)

| | | |
|---|---|---|
| 1 | Dated: ~~October~~ November 2, 2004 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | ROD D. MARGO |
| 5 | | FRANK A. SILANE |
| | | SCOTT D. CUNNINGHAM |
| 6 | | DEBBY L. ZAJAC |
| | | Attorneys for Defendant |
| 7 | | SINGAPORE AIRLINES, LTD. |
| 8 | | |
| 9 | Dated: October 24, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP |

By: _____
BRIAN J. PANISH
KEVIN R. BOYLE
Attorneys for Plaintiffs
THE ESTATE OF JENNY YEH-HSUN DWAN by and through its Successor in Interest, WILLIAM WEI DWAN; WILLIAM WEI DWAN, individually; and SIMON DWAN, individually

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-02749, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: ~~October~~ __, 2004

_____
Honorable Gary A. Feess
United States District Court Judge

-2-

STIPULATION OF DISMISSAL: [PROPOSED] ORDER
CASE NO. CV01-02749 GAF (RCx)